

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00693-CV

**TEXAS DEPARTMENT OF AGING AND DISABILITY SERVICES**,
Appellant

v.

George **TREVINO**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12528
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED January 8, 2014.

_____
Rebeca C. Martinez, Justice